**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Omar VIZCARRA–CAMACHO,
Defendant—Appellant.**

No. 98–50264.

D.C. No. CR–97–01908–NAJ.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 18, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Omar Vizcarra–Camacho appeals from his 51–month sentence and conviction by Jury trial for one count of conspiracy to import marijuana in violation of 21 U.S.C. §§ 952 & 960. Vizcarra–Camacho's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Vizcarra–Camacho did not file a pro se supplemental brief.

Counsel has raised the potential issue of whether the district court erred by applying a four-level upward adjustment for a leadership role. We agree with counsel's conclusion that the issue is without merit because the record shows that: Vizcarra–Camacho recruited over one-hundred drivers to smuggle marijuana across the boarder, Vizcarra–Camacho was responsible for paying the smugglers, and instructed them on how to carry out their tasks. *See* U.S.S.G. § 3B1.1 cmt. note 3 (stating that a leader organizer enhancement may be appropriate where a defendant exercises decision making authority, recruits accomplices, and otherwise exercises control over others); *United States v. Berry*, 258 F.3d 971, 977–78 (9th Cir.2001).

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no further issues. Accordingly we GRANT counsel's motion to withdraw, and AFFIRM the conviction and sentence.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.